# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **JIMMY QUINTON GREEN** | **JUDGMENT**<br>**on a Motion pursuant to** |
| Petitioner, | **28 U.S.C. § 2255** |
| v. | Case No.: 08-cv-466-slc |
| **C. HOLINKA (Warden),** | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DISMISSED.

**JOEL TURNER**
Joel Turner, Acting Clerk

/s/ M. Hardin                                     9/16/08
by Deputy Clerk                                   Date